IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



| | |
|---|---|
| In re: ) | |
| ) | |
| SEARCH WARRANT ) | No. 06- 38M |
| ) | |

## MOTION TO SEAL

The United States moves to seal the entire file until further order of the Court. Any disclosure of any information relating to the search warrant, prior to its execution, would jeopardize the successful execution of the warrant.

COLM F. CONNOLLY
United States Attorney

By:_____
Edmond Falgowski
Assistant United States Attorney

Dated:   March 28, 2006

**IT IS SO ORDERED** this __28__ day of __March_____, 2006.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Judge