AO 93 (Rev. 5/85) Search Warrant

# United States District Court

DISTRICT OF __DELAWARE__

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

████████████, Wilmington, Delaware 19802, described more particularly on Attachment A

**SEARCH WARRANT**

CASE NUMBER: 06-38 M

TO: __Special Agent Taneka S. Harris__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Special Agent Taneka S. Harris__ (Affiant) who has reason to believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

████████████, Wilmington, Delaware 19802, described more particularly on Attachment A

in the _____ District of __Delaware__ there is now concealed a certain person or property, namely (describe the person or property)

items described more particularly on Attachment B

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __April 7, 2006__
                                                    Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime — 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to _____ U.S. Judge or Magistrate
as required by law. You are further authorized to comply with the conditions of Attachment C.

__3/28/06   1:58 p.m.__          at   Wilmington, Delaware
Date and Time Issued                  City and State

Honorable Mary Pat Thynge
United States Magistrate Judge              [signature]
Name and Title of Judicial Officer           Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 3/28/2006 | 3/31/2006 6:00 am | BRYAN FRETWELL |

| INVENTORY MADE IN THE PRESENCE OF |
|---|
| SA TANEKA S. HARRIS |

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

1. MAGNETIC DATA TECHNOLOGIES HARD DRIVE 40GB EIDE MODEL MDPRE2-0400 S/N WLA7EC046742

2. ONE (1) GREEN NOTEBOOK CONTAINING DRAWINGS AND PHOTOS

3. THIRTY)FIVE (35) RECORDABLE CD_ROMS

4. ONE (1) DELL LATITUDE LAPTOP COMPUTER C600 MODEL PP01L S/N 8RT5J01 WITH LEATHER CASE

5. DELL INSPIRON 2600 LAPTOP COMPUTER MODEL PP04L S/N 8P5MG11 WITH LEATHER CASE

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*[signed] Taneka S. Harris*

Subscribed, sworn to, and returned before me this date.

*[signed]*    4/6/06
U.S. Judge or Magistrate    Date

ATTACHMENT A

**LOCATION TO BE SEARCHED**

The location of ████████████████ Wilmington, Delaware 19802, is one half of a duplex home, with light tan vinyl siding, black shutters around the windows, a white door, and ████ is displayed on the front of the house.

## ATTACHMENT B

### Items to be Seized

1. Images of child pornography, as defined in 18 U.S.C. § 2256(8), and child erotica, in any format or medium, whether digital, computer file, video tape, film, magazine, or otherwise, including but not limited to the following computer files:

    a. mafiasex.ru_children_kids_hard_000163_pthc_kely_&_camila_18_please_share_child_porn_help_me_recruit_more pedophiles.jpg.

    b. mafiasex.ru_children_kids_hard_000293_childporn_collection_1_pussy_illegal_preteen_underage_lolita_kiddy_child_incest_xxx_porno_gay_fuck_young_naked_nude_little_girl.jpg.

    c. mafiasex.ru_children_kids_hard_000295_childporn_collection_4_pussy_illegal_preteen_underage_lolita_kiddy_child_incest_xxx_porno_gay_fuck_young_naked_nude_little_girl.jpg.

    d. mafiasex.ru_children_kids_hard_000294_childporn_collection_3_pussy_illegal_preteen_underage_lolita_kiddy_child_incest_xxx_porno_gay_fuck_young_naked_nude_little_girl.jpg.

    e. mafiasex.ru_children_kids_hard_000361_pthc_hussyfan_pt_12y_6y_12yo_6yo_12_and_6_year_olds_12and6yo(1).jpg.

2. Documents and records, in any format, regarding the receipt and/or distribution of child pornography, including the five computer files listed above.

3. Computers, computer hardware, computer manuals, and related documentation, computer passwords and data security devices that may be, or are used to visually depict child pornography or child erotica.

4. Computer software, including programs to run operating systems, applications (such as word processing and graphics), utilities and communication programs, including, but not limited to LimeWire P2P software.

5. Indicia of occupancy of ▮▮▮▮▮▮▮▮▮▮ Wilmington, Delaware 19802, including but not limited to mortgage documents, rental and lease agreements, utility bills, keys, and postmarked mailings.

6. Indicia of subscription to Internet Service Providers, including Comcast residential high speed Internet service, Account No. ▮▮▮▮▮▮▮▮▮

7. Documents and records in any format, regarding the use of email screen name: ▮▮▮▮▮

## ATTACHMENT C

With respect to any videotapes, cameras and any computer hardware, software, and storage media, authorization is hereby granted for the FBI, and other law enforcement officers under its direction, to remove such items from the premises in order for them to be processed off the premises at a later time for the items described on Attachment B.